**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO.: 7:09-CR-45-1-H**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )     **ORDER** |
| | )     **AMENDING JUDGMENT** |
| LINWOOD KAREEM SMITH, | ) |

This matter is before the Court on the government's motion filed August 4, 2011,

for downward departure pursuant to Rule 35 (b) (2) of the Federal Rules of Criminal

Procedure.

For good cause shown, the Court hereby grants the motion of the government for

downward departure and amends the original judgment as follows:

> It is hereby ordered that the Defendant is committed to the
> custody of the U.S. Bureau of Prisons to be imprisoned for a term
> of 48 months on Counts 3, 4 and 60 months as to Count 5, to run
> consecutive, for a total sentence of 108 months.

All other aspects of the original judgment dated January 5, 2010, are hereby reaffirmed.

This 30TH day of January 2012, for December 12, 2011.

**MALCOLM J. HOWARD**
**Senior United States Magistrate Judge**

1